

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00020-CR

| | | |
|---|---|---|
| Ex parte Dimas Rojas Martinez | § | From Criminal District Court No. 1 |
| | § | of Tarrant County (C-1-010016-1296924-AP) |
| | § | March 20, 2014 |
| | § | Opinion by Chief Justice Livingston |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order.  It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Terrie Livingston
  Chief Justice Terrie Livingston